UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER ACOSTA, et al.,<br><br>  Defendants. | Case No. 17-mc-80163-JD<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINTS** |
| E. K. WADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ELAINE CHAO, et al.,<br><br>  Defendants. | Case No. 17-mc-80164-JD |
| E. K. WADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ELAINE DUKE, et al.,<br><br>  Defendants. | Case No. 17-mc-80165-JD |
| E. K. WADE,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER ACOSTA, et al.,<br><br>  Defendants. | Case No. 17-mc-80170-JD |

| | |
|---|---|
| E. K. WADE,<br><br>        Plaintiff,<br><br>      v.<br><br>ELAINE CHAO, et al.,<br><br>        Defendants. | Case No. 17-mc-80171-JD |

On June 24, 2010, E. K. Wade was ordered to seek leave from this district court before filing any additional complaints "against the Department of Labor, any of its employees, or against the United States or any other government official in connection with his disputes with the DOL stemming from his prior employment in the Office of Federal Contract Compliance Programs." *Wade v. Gilliland*, Case No. 10-00425, Dkt. No. 100. Wade now seeks to file five new complaints that fall within the scope of the prefiling order. The Court has reviewed the proposed filings and finds them frivolous or duplicative of past rejected attempts. *See, e.g.*, *Wade v. Chao*, Case No. 17-80130; *Wade v. Acosta*, Case No. 17-80141. The Clerk is directed not to accept Wade's complaints for filing.

**IT IS SO ORDERED.**

Dated: January 2, 2018

                                              JAMES DONATO<br>                                              United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

E. K. WADE,

        Plaintiff,

  v.

ALEXANDER ACOSTA, et al.,

        Defendants.

Case No. 17-mc-80163-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 3, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
6242 Mariposa Avenue
Citrus Heights, CA 95610

Dated: January 3, 2018

                            Susan Y. Soong
                            Clerk, United States District Court

                            By: *[signature]*
                            LISA R. CLARK, Deputy Clerk to the
                            Honorable JAMES DONATO